**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

UNITED STATES OF AMERICA,
Plaintiff,

vs.

KAREN DRESCHER ETAL,
Defendants.

CV 01-1705 RHK/JMM

---

**ORDER FOR REASSIGNMENT OF RELATED CASES**

EVERS E. JONES II, ETAL
Plaintiffs,

vs.

EUGENE R. DRESCHER, ETAL
Defendants.

CV 01-2085 DSD/JMM

---

Case No. 01-1705 having been assigned to Judge RICHARD H .KYLE and Case No. 01-2085 having later been assigned to Judge DAVID S. DOTY, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 01-2085 be assigned to Judge RICHARD H .KYLE, nunc pro tunc, by use of a card on the MASTER List of the automated case assignment system,and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated April 16, 1997.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: December 4, 2001

RICHARD H. KYLE,Judge
United States District Court

Dated: December 4, 2001

DAVID S. DOTY,Judge
United States District Court

FILED DEC 5 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

THIS CIVIL ACTION IS NOW ASSIGNED TO JUDGE RICHARD H. KYLE.

THE CIVIL ACTION NUMBER REMAINS THE SAME EXCEPT FOR JUDGE'S INITIALS
01-2085 RHK/JMM

CASE NUMBER WITH NEW INITIALS TO BE USED ON ALL FUTURE PLEADINGS AND DOCUMENTS SUBMITTED TO THE COURT REGARDING THIS ACTION

01-2085 RHK/JMM